

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00887-CV

John **SALAS**,
Appellant

v.

**THE CARLSON LAW FIRM**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20847
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice